UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RUBEN DARIO RODRIGUEZ CRUZ,

Petitioner,

v.

WARDEN OF THE GOLDEN STATE ANNEX,

Respondent.

No.  1:26-cv-00348-DAD-SCR

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING PETITIONER'S PETITION FOR WRIT OF HABEAS CORPUS, DENYING RESPONDENT'S MOTION TO DISMISS AND PETITIONER'S REMAINING MOTIONS AS MOOT

(Doc. No. 9, 11, 12, 13)

Petitioner Ruben Dario Rodriguez Cruz is a federal immigration detainee proceeding through counsel with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 18, 2026, the assigned magistrate judge issued findings and recommendations recommending that petitioner's petition for writ of habeas corpus (Doc. No. 1) be granted.  (Doc. No. 11.)  Specifically, the assigned magistrate judge found that petitioner's detention violates due process.  (*Id.* at 3–4.)  The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within seven (7) days after service.  (*Id.* at 5.)  On February 25, 2026, respondent filed his objections

1

which merely reiterate the same argument raised in his motion to dismiss that petitioner has no liberty interest despite having been released previously by immigration authorities and that his release is not mandated.  (Doc. Nos. 9; 14 at 2–3.)  These objections do not provide any basis upon which to reject the conclusions reached in the pending findings and recommendations because the magistrate judge has already correctly analyzed these issues.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

For the reasons above,

1. The findings and recommendations filed on February 18, 2026 (Doc. No. 11) are ADOPTED IN FULL;

2. Petitioner's petition for writ of habeas corpus (Doc. No. 1) is GRANTED as follows:

    a. Respondent is ORDERED to immediately release petitioner from his custody on the same conditions he was subject to prior to his September 4, 2025 detention;

    b. Respondent is ENJOINED AND RESTRAINED from re-detaining petitioner unless he provides petitioner with written notice before a pre-deprivation bond hearing to be convened by a neutral decision maker, at which hearing respondent will bear the burden of demonstrating that petitioner is a flight risk or danger to the community;

3. The Clerk of the Court is directed to ENTER judgment in favor of petitioner;

4. Respondent's motion to dismiss (Doc. No. 9) is DENIED as having been rendered MOOT by this order;

/////

/////

/////

/////

2

5.    Petitioner's motions for appointment of counsel and for a temporary restraining order are DENIED as having been rendered MOOT by this order; and

6.    The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:    **February 27, 2026**                    _Dale A. Drozd_

                                                                    DALE A. DROZD
                                                                    UNITED STATES DISTRICT JUDGE