UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN DARIO RODRIGUEZ CRUZ, | No.  1:26-cv-00348-DAD-SCR |
| Petitioner, | |
| v. | ORDER RELATING AND REASSIGNING CASES |
| WARDEN OF THE GOLDEN STATE ANNEX, et al., | |
| Respondents. | |
| RUBEN DARIO RODRIGUEZ CRUZ, | No.  1:26-cv-03358-TLN-JDP |
| Petitioner, | **New Case No.  1:26-cv-03358-DAD-SCR** |
| v. | |
| WARDEN OF CALIFORNIA CITY DETENTION CENTER, | |
| Respondent. | |

An examination of the above-captioned actions reveals that they are related within the meaning of Local Rule 123(a).  Accordingly, assignment of the above-captioned actions to the same district judge and magistrate judge will promote substantial efficiency and economy for the court and is likely to be convenient for the parties.  On February 27, 2026, this court granted petitioner's petition for writ of habeas corpus, ordered his immediate release, and enjoined his re-

1

detention absent written notice and a pre-deprivation bond hearing to be convened by a neutral decision maker.  (1:26-cv-00348-DAD-SCR Doc. No. 15.)  Petitioner, proceeding *pro se*, filed a petition for writ of habeas corpus on May 1, 2026, in which he states that he was released pursuant to this court's previous order and was subsequently re-detained.  (1:26-cv-03358-TLN-JDP Doc. No. 1.)

An order relating cases under this court's Local Rule 123 merely assigns them to the same district judge and magistrate judge—it does not consolidate the cases.  The local rules of this district authorize the judge with the lowest numbered case to order the reassignment of any higher numbered cases to himself or herself, upon determining that this assignment is likely to affect a savings of judicial effort.  L.R. 123(c).  Such good cause appearing here, the court orders that Case No. 1:26-cv-03358-TLN-JDP is reassigned to the undersigned and Magistrate Judge Sean C. Riordan.  The caption on documents filed in the reassigned case shall be shown as:  1:26-cv-03358-DAD-SCR.  It is further ordered that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.  The pending petition (Doc. No. 1) in 1:26-cv-03358-DAD-SCR is hereby referred to Magistrate Judge Sean C. Riordan for further proceedings.

IT IS SO ORDERED.

Dated:  __**May 6, 2026**__                          _____

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2